UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN GARCIA,

      Plaintiff,

v.                                                    Case No.: 8:24-cv-2410-AAS

FRANK BISIGNANO,
Commissioner of the Social
Security Administration,[1]

      Defendant.
_____/

## ORDER

Plaintiff Juan Garcia moves for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 20). The Commissioner does not oppose the motion. (*Id.* at p. 3).

Mr. Garcia requests $4,513.99 in attorney's fees and $405.00 in costs. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A January 7, 2026 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 17). The Clerk of Court entered judgment in favor of Mr. Garcia. (Doc. 18).

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as the defendant in this suit.

1

The Commissioner does not contest the following: Mr. Garcia is the prevailing party; the Commissioner's position was not substantially justified; and Mr. Garcia's attorney's fees and costs request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Mr. Garcia is entitled to $4,513.99 in attorney's fees and $405.00 in costs.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Mr. Garcia owes a debt to the United States. Mr. Garcia assigned his rights to EAJA fees to his attorney. (Doc. 20-1). So, if Mr. Garcia has no federal debt, the United States will accept his assignment of EAJA fees and will pay them directly to counsel.

Accordingly, it is **ORDERED** that Mr. Garcia's motion for attorney's fees and costs under the EAJA (Doc. 20) is **GRANTED**. Mr. Garcia is awarded **$4,513.99** in attorney's fees and **$405.00** in costs.

**ORDERED** in Tampa, Florida, on March 23, 2026.

*Amanda Arnold Sansone*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2